UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANESSA JORDAN-ROWELL,

               Plaintiff,

-against-

MERRILL EDGE,

               Defendant.

19-CV-7683 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff brings this *pro se* action, for which the filing fees have been paid, alleging that Defendant failed to close her cash management account. On September 23, 2019, the Court granted Plaintiff leave to file an amended complaint that alleges facts demonstrating that this Court has subject matter jurisdiction to consider her claims. (ECF No. 6.) On October 1, 2019, Plaintiff filed an amended complaint, ECF No. 7, that is virtually identical to the initial complaint, and thus fails to cure the deficiencies identified by the Court. For the reasons stated in its September 23, 2019 order, the Court therefore dismisses the complaint for lack of subject matter jurisdiction.

## CONCLUSION

    The Clerk of Court is directed to note service on the docket. Plaintiff has consented to receive electronic service of Court filings. (ECF No. 2.)

    Plaintiff's complaint is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 9, 2019
              New York, New York

COLLEEN McMAHON
Chief United States District Judge