UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANESSA JORDAN-ROWELL,

              Plaintiff,

-against-

MERRILL EDGE,

              Defendant.

19-CV-7683 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 9, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to receive electronic service of Court filings. (ECF No. 2.)

SO ORDERED.

Dated: December 9, 2019
        New York, New York

                                      COLLEEN McMAHON
                                 Chief United States District Judge